UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

EVAN PENA,

            Defendant.

**ORDER**

**20 Cr. 612 (RMB)**

WHEREAS, on November 13, 2020, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for Monday, March 8, 2021 at 9:00 AM.

Dated: New York, New York
      December 23, 2020

_____
THE HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE