Vía ECF
Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10013

Re: USA v Evan Peña 20 Mag. 111, 20 Cr. 612 (RMB)

Judge Berman:
This letter is in reference to the above captioned individual who is scheduled for Sentence on March 8, 2021.
With the Governments Consent we are respectfully requesting a continuance at least 60 days out that is convenient to this Honorable Court. Thank you for you consideration of this request.
I remain,


Patrick J Brackley
Attorney at Law
233 Broadway Suite 2370
New York, New York 10279
212-334-3736
917-523-7265

> Application granted. Sentence is adjourned to Wednesday, May 12, 2021 at 9:00 AM. Defense submission is due by 4/28/21. Government submission is due by 5/5/21.
>
> SO ORDERED:
> Date: 3/1/2021
> Richard M. Berman, U.S.D.J.