UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

      -against-

EVAN PENA,
                Defendants.
------------------------------------------------------------X

20 CR. 612 (RMB)

**ORDER**

The sentencing scheduled for Monday, June 28, 2021 at 9:00 AM will now be held by telephone.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0612

Dated: June 25, 2021
       New York, NY

                                          _____
                                           RICHARD M. BERMAN
                                               U.S.D.J.