**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                :

                            :

             - against -            :         **20-CR-612 (RMB)**

                            :         **ORDER**

EVAN PENA,                        :

                         Defendant.   :

-----------------------------------------------------------------x

        The Government is requested to make a written submission regarding Defendant's eligibility for a sentence reduction pursuant to Amendment 821 to the United States Sentencing Guidelines on or before May 16, 2024.

Dated: New York, New York

      May 9, 2024                   _____

                                     **RICHARD M. BERMAN, U.S.D.J.**

Copies Mailed By Chambers